COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Geneva Colbert v. Pinnacle on Wilcrest

Appellate case number:    01-19-00412-CV

Trial court case number:   1131972

Trial court:                       County Civil Court at Law No. 4 of Harris County

Appellant, Geneva Colbert, has filed a notice of appeal of the trial court's final judgment signed on May 15, 2019. The clerk's record filed in this Court includes appellant's "Statement of Inability to Afford Payment of Court Costs or an Appeal Bond" filed in the trial court proceedings. *See* TEX. R. CIV. P. 145(a), (b), 510.9(c). The clerk's record does not reflect that any motion to require appellant to pay costs or any contest to appellant's statement was filed. *See* TEX. R. CIV. P. 145(f), 510.9(c)(2).

**Accordingly, the Clerk of this Court is directed to make an entry in this Court's records that appellant is allowed to proceed on appeal without payment of costs.** *See* **TEX. R. CIV. P. 145(a), (c); TEX. R. APP. P. 20.1.**

The court reporter is directed to prepare and file with this Court a reporter's record at no cost to appellant. *See* TEX. R. CIV. P. 145(a), (c); TEX. R. APP. P. 35.1(a), 35.3(b). **The reporter's record is due to be filed no later than September 12, 2019.** *See* TEX. R. APP. P. 35.1.

Appellant has filed a motion for an extension of time to file her appellant's brief. Because a reporter's record has not been filed, the appellate record is not complete and appellant's brief is not yet due. *See* TEX. R. APP. P. 34.1 (providing appellate record consists of clerk's record and, if necessary to appeal, reporter's record); 38.6 (providing date to file appellant's brief is later of date clerk's record or reporter's record is filed). Accordingly, the motion is **dismissed as moot.**

Judge's signature: /s/ Julie Countiss
☑ Acting individually    ☐ Acting for the Court

Date: _____

1